# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

FREDERICK BANKS and )
RAFAEL CABRERA, )
)
         Plaintiffs, )      Civil Action No. 14-362
)
    v. )      Judge Cathy Bissoon
)      Magistrate Judge Lisa Pupo Lenihan
MARK R. HORNAK, *et al.*, )
)
)
         Defendants. )

## ORDER

In an Order dated April 24, 2014 (Doc. 10), the Court directed Plaintiff Rafael Cabrera, by May 9, 2014, to make supplemental filings in support of his request to proceed *in forma pauperis*. *See id.* at 3. The Court made clear that it would not "grant[] Mr. Cabrera further opportunities to supplement the record." *Id.*

May 9th has come and gone, and no supplemental filings have been made. In addition, Mr. Cabrera has not complied with the Court's directive to file a notice of change of address, identifying his own mailing address. *See id.* at 3-4. In light of the foregoing, Plaintiff Rafael Cabrera's request to proceed *in forma pauperis* is DENIED, and this case is marked closed.

IT IS SO ORDERED.


May 19, 2014                             s\Cathy Bissoon
                                     Cathy Bissoon
                                     United States District Judge

cc (via First-Class U.S. Mail):

Rafael Cabrera
c/o Frederick Banks
05711068
NEOCC
2240 Hubbard Rd.
Youngstown, OH  44505